# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKinney, Larry J. | U.S. Dist. Ct. So. Dist. of IN | 07/23/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Article III | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

204 U.S. Courthouse
46 E. Ohio St.
Indianapolis, IN 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978-87 | Indiana Judicial Retirement System, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Franklin College of Indiana ▓▓▓ - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKinney, Larry J. | 07/23/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Schwab Bank | Mortgage - Staten Island, New York Condo | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab IRA | D | Int./Div. | N | T | | | | | |
| 2. - Lexington Gold Mutual Fund (LEXMX) | | | | | | | | | |
| 3. - Schwab Adv Cash Reserve (SWQXX) | | | | | | | | | |
| 4. - iShares Trust S&P 500 (IVV) | | | | | | | | | |
| 5. - PIMCO Unconstrained Bond Fd (PFIUX) | | | | | Sold | 04/13/12 | K | B | |
| 6. - GE Capital Fixed Income | | | | | Matured | 04/10/12 | K | A | |
| 7. - PIMCO Total Return Mutual Fd (PTTRX) | | | | | | | | | |
| 8. - iShares Tr MSCI EAFE Fd (EFA) | | | | | | | | | |
| 9. - PIMCO Local Emerging Mkt (PELBX) | | | | | | | | | |
| 10. - Scout International Fund (UMBWX) | | | | | Sold | 04/13/12 | J | B | |
| 11. - Vanguard Appreciation Fund (VIG) | | | | | Sold (part) | 04/13/12 | J | B | |
| 12. - Schwab US Large Cap Growth (SCHG) | | | | | Buy (add'l) | 04/13/12 | J | | |
| 13. - American Fd Growth Fund (GFAFX) | | | | | | | | | |
| 14. - Calamos Growth & Income Fund (CVTRX) | | | | | Sold | 04/13/12 | J | A | |
| 15. - Sound Shore Fund (SSHFX) | | | | | Sold (part) | 04/13/12 | J | A | |
| 16. | | | | | Sold (part) | 09/26/12 | J | A | |
| 17. - Osterweis Strategic (OSTIX) | | | | | Sold | 04/13/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard MSCI European (VGK) | | | | | Buy | 12/19/12 | J | | |
| 19.  - Schwab Emerging Mkt Eq ETF (SCHE) | | | | | Buy | 04/13/12 | K | | |
| 20. | | | | | Buy (add'l) | 09/26/12 | J | | |
| 21.  - Vanguard Bond Index Fund (BIV) | | | | | Buy | 04/13/12 | K | | |
| 22.  - Loomis Sayles Bond Fund (LSBRX) | | | | | Buy | 04/13/12 | K | | |
| 23. | | | | | | | | | |
| 24.  State Farm Life Insurance Policy # 1 - Cash Value | A | Interest | J | T | | | | | |
| 25.  State Farm Life Insurance Policy # 2 - Cash Value | A | Interest | J | T | | | | | |
| 26. | | | | | | | | | |
| 27.  St. Joseph County, IN Farm - ▓ | C | Rent | M | W | | | | | |
| 28. | | | | | | | | | |
| 29.  Huntington TOD Account (H) | | | | | | | | | |
| 30.  -Huntington Money Mkt (HFIXX) | A | Dividend | J | T | | | | | |
| 31.  -Van Kampen Unit Trs Unit 1269 Closed Fund | B | Dividend | L | T | Buy | 11/01/12 | L | | |
| 32.  -Build Amer Bds Income Tr Unit ▓ | C | Dividend | L | T | | | | | |
| 33. | | | | | | | | | |
| 34.  Schwab IRA | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Schwab Adv Cash Reserve (SWQXX) | | | | | | | | | |
| 36. - Lexington Gold Mutual Fd (LEXMX) | | | | | | | | | |
| 37. - American Funds Growth Fd of Amer (AGTHX) | | | | | Sold (part) | 04/13/12 | K | D | |
| 38. | | | | | Sold (part) | 12/19/12 | J | B | |
| 39. - PIMCO Local Emerging Market (PELBX) | | | | | Sold (part) | 04/13/12 | K | A | |
| 40. - Dreyfus Small Cap Stock (DISSX) | | | | | | | | | |
| 41. - PIMCO Total Return Fund (PTTRX) | | | | | | | | | |
| 42. - PIMCO Unconstrained Bd Fd (PUBDX) | | | | | | | | | |
| 43. - Schwab US Large Cap Growth (SCHG) | | | | | | | | | |
| 44. - Calamos Growth & Income (CVTRX) | | | | | Sold | 04/13/12 | J | A | |
| 45. - Schwab US Large Cap Value (SCHV) | | | | | | | | | |
| 46. - Oakmark Intl Fd (OAKIX) | | | | | Sold (part) | 04/13/12 | J | A | |
| 47. - PIMCO Total Return (PTTDX) | | | | | | | | | |
| 48. - Osterweis Strategic (OSTIX) | | | | | | | | | |
| 49. - Vanguard MSCI European (VGK) | | | | | Buy | 12/19/12 | J | | |
| 50. - Schwab Emerging Mkt ETF (SCHE) | | | | | Buy | 09/26/12 | J | | |
| 51. - Vanguard Short-Term Bond ETF (BSV) | | | | | Buy | 04/13/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Loomis Sayles Bond Fund (LSBRX) | | | | | Buy | 04/13/12 | J | | |
| 53. | | | | | | | | | |
| 54.   Schwab ▮ Account (H) | | | | | | | | | |
| 55.   - PIMCO Total Return Fund (PTTDX) | A | Dividend | J | T | | | | | |
| 56.   - Schwab Muni Money Fd (SWXXX) | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58.   Salin Bank Premier Interest Checking | A | Interest | L | T | | | | | |
| 59. | | | | | | | | | |
| 60.   Staten Island, New York Condo | | None | N | W | | | | | |
| 61. | | | | | | | | | |
| 62.   Sovereign Bank Account | A | Interest | J | T | Buy | 06/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part II - Indiana's state pension for eight and half years on state bench from January 1978 to July 1987.

2.) Part VII, line 24 and 25 - Insurance policies that I own ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The premiums have been prepaid ▮▮▮▮ The value indicated is the cash value.

3.) Part VII, line 27, 29-32, 58 - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Estate is closed.

4.) Part VII, line 27 - Most appropriate code for farm income is rent. Income represents shared income after expenses with a farmer.

| Name of Person Reporting | Date of Report |
|---|---|
| McKinney, Larry J. | 07/23/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Larry J. McKinney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544